**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

MICHAEL E. DELEHUNT, BAR NO. 070619
RUSSELL L. CARLBERG, 221451
ATTORNEYS FOR DEFENDANT, 24 HOUR FITNESS USA, INC.

**COMSTOCK, THOMPSON, KONTZ & BRENNER**
THORNTON KONTZ, ESQ.-SBN 118120
LAWRENCE M. BRENNER, ESQ.-SBN 139678
NATHAN C. BENJAMIN, ESQ.-SBN 197859
340 SOQUEL AVE., STC. 205
SANTA CRUZ, CA 95062
(831) 427-2727

ATTORNEYS FOR PLAINTIFF, STEPHANIE GLEICH

*E-FILED 6/29/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHANIE GLEICH<br><br>Plaintiff,<br><br>v.<br><br>24 HOUR FITNESS; 24 HOUR FITNESS USA, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. C04 04358 RS ADR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. R. Seeborg<br>Date: July 13, 2005<br>Time: 2:30 p.m. |

    Defendant 24 HOUR FITNESS USA, INC., and Plaintiff STEPHANIE GLEICH hereby respectfully request that the Court vacate the Case Management Conference set for July 13, 2005 and set a new Case Management Conference at least forty-five (45) days out, on any day convenient to the Court commencing the week of August 29, 2005.

    The parties request this continuance because the mediation in this case has been set for July 22, 2005. Written discovery is ongoing, but the parties have agreed to stay all depositions until after the mediation. As there will be little to report on July 13th and the parties are

1 preparing for the mediation in the mutual hope of amicably disposing of the case, the parties
2 believe that judicial resources would be best served by continuing the status conference for forty-
3 five days.

FOLEY & LARDNER LLP

Date: June 29, 2005

_____
Russell L. Carlberg, Attorney for Defendant
24 HOUR FITNESS USA, INC.


COMSTOCK THOMPSON, KONTZ & BRENNER

Date: _____

_____
Nathan C. Benjamin, Attorney for Plaintiff,
STEPHANIE GLEICH

IT IS SO ORDERED THAT:

The Case Management Conference of July 13, 2005 is hereby vacated. A new Case Management Conference is set for _____ at _____ a.m. / p.m..

DATE:

By: _____
Honorable Richard Seeborg
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C04 04358 RS ADR

016.363940.1

1  preparing for the mediation in the mutual hope of amicably disposing of the case, the parties
2  believe that judicial resources would be best served by continuing the status conference for forty-
3  five days.

4                                        FOLEY & LARDNER LLP

6  Date: _____

                                         _____
7                                        Russell L. Carlberg, Attorney for Defendant,
                                         24 HOUR FITNESS USA, INC.

                                         COMSTOCK THOMPSON, KONTZ & BRENNER
10

12  Date: 6-29-05                         _____
                                         Nathan C. Benjamin, Attorney for Plaintiff,
13                                        STEPHANIE GLEICH

14  IT IS SO ORDERED THAT:

15      The Case Management Conference of July 13, 2005 is hereby vacated. A new Case
16  Management Conference is set for __August 31, 2005__ at __2:30__ xxxx/ p.m..

17  DATE: 6/29/05

                                                  /s/ Richard Seeborg
19                                       By: _____
                                         Honorable Richard Seeborg
20                                       United States Magistrate Judge

---

016.363940.1

                                        2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                        CASE NO. C04 04358 RS ADR