| | |
|---|---|
| 1 | Comstock, Thompson, Kontz & Brenner |
|   | Thornton Kontz, Esq.-SBN 118120 |
| 2 | Lawrence M. Brenner, Esq.-SBN 139678 |
|   | Nathan C. Benjamin, Esq.-SBN 197859 |
| 3 | 340 Soquel Ave., Ste. 205         *E-FILED 8/19/05* |
|   | Santa Cruz, CA 95062 |
| 4 | (831) 427-2727 |
| 5 | Attorneys for Plaintiff |
|   | STEPHANIE GLEICH |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| STEPHANIE GLEICH, | CASE NO. CV-04-04358 RS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| 24 HOUR FITNESS; 24 HOUR FITNESS USA, INC., AND DOES 1 through 10, | |
| Defendants. | |

THE PARTIES TO THE ABOVE-CAPTIONED ACTION HEREBY STIPULATE AND REQUEST that the Court continue the Case Management Conference date presently set for August 31, 2005.

The parties attended mediation on July 22, 2005. At that mediation the parties agreed to a settlement of the case. That settlement required actions of the parties to be completed within 40 days after the mediation. The parties are, in good faith, in the process of performing the obligations under the agreement. The parties anticipate that the agreement will be completed and the above-captioned

STIPULATION AND (PROPOSED) ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

1

1  case will be dismissed, with prejudice.
2      The parties therefore request that the Case Management Conference date set for August 31,
3  2005, be vacated and the matter be set for further case management on or about September 27, 2005,
4  thus allowing the settlement to be completed and, the parties anticipate, the matter dismissed, with
5  prejudice.

6
7  DATED: August 19, 2005            COMSTOCK, THOMPSON, KONTZ & BRENNER
8
9
                                     _____
                                     Nathan C. Benjamin, Attorney for Plaintiff
10                                   STEPHANIE GLEICH
11
12  DATED: August 19, 2005           FOLEY & LARDNER, LLP
13
14
                                     _____
                                     Michael E. Delehunt, Attorney for Defendant
15                                   24 HOUR FITNESS USA, INC.
16

17                              (proposed) ORDER
18      Pursuant to the stipulation of the parties the Case Management Conference scheduled for
19  August 31, 2005, is hereby vacated and rescheduled to  9/28  , 2005, at 2:30 p.m. The
20  parties shall submit a joint Case Management Statement by  9/21  , 2005.
21
                                            /s/ Richard Seeborg
22  DATED: August 19, 2005           _____
                                     Honorable Richard Seeborg
23                                   United States Magistrate Judge
24
25
26
27
28          STIPULATION AND (PROPOSED) ORDER CONTINUING
                    CASE MANAGEMENT CONFERENCE

                                2