Comstock, Thompson, Kontz & Brenner
Thornton Kontz, Esq.-SBN 118120
Lawrence M. Brenner, Esq.-SBN 139678
Nathan C. Benjamin, Esq.-SBN 197859
340 Soquel Ave., Ste. 205
Santa Cruz, CA  95062
(831) 427-2727

*E-FILED 9/26/05*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| STEPHANIE GLEICH,<br><br>Plaintiff,<br><br>vs.<br><br>24 HOUR FITNESS; 24 HOUR FITNESS USA, INC., AND DOES 1 through 10,<br><br>Defendants. | CASE NO. CV-04-04358 RS<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action by their counsel of record that the above captioned-action be and hereby is dismissed with prejudice pursuant to FRCP 41.

DATED: September 20, 2005

Nathan C. Benjamin, Attorney for Plaintiff,
STEPHANIE GLEICH

DATED: September 22, 2005

Michael Defehunt, Attorney for Defendants, 24 HOUR FITNESS, 24 HOUR FITNESS USA, INC.

IT IS SO ORDERED.

Dated: 9/26/05

/s/ Richard Seeborg
RICHARD SEEBORG
U.S. MAGISTRATE JUDGE

stip-dis

1